No. 588.  EDWARDS *v.* CALIFORNIA.  Appeal from the Superior Court, County of Yuba, California.  May 5, 1941. Reargument is ordered.  The case is set for oral argument on Monday, October 13, next, and the Attorney General of California is requested to appear either in person or by his representative to present the views of the State with particular reference to the judicial or administrative interpretation by State authorities of the statute involved.

No. 869.  TINKOFF ET AL. *v.* GOLD, TRUSTEE, ET AL.

May 12, 1941.  *Per Curiam:* The motion to proceed *in forma pauperis* is granted.  It appears that on a motion to vacate an order approving a supersedeas bond given on the appeal to the Circuit Court of Appeals, the appeal was dismissed for failure of appellants to produce the surety on the bond as required by the court, and later the Circuit Court of Appeals denied appellants' motion to vacate that order of dismissal.  The petition for certiorari is granted and the order of dismissal is reversed upon the ground that while the failure to produce the surety for examination was an adequate reason for vacating the approval of the supersedeas bond, it did not justify the dismissal of the appeal.  *Ella H. Tinkoff* and *Paysoff Tinkoff, pro se.*

No. 919.  STEELEY *v.* KURN ET AL., TRUSTEES.

May 12, 1941.  *Per Curiam:* The petition for writ of certiorari is granted, and the judgment is reversed. *Jamison* v. *Encarnacion,* 281 U. S. 635.  *Mr. Harry G. Waltner, Jr.,* for petitioner.